In the Matter of the Application of ALBERT H. JOHNSON, Respondent, *v.* HENRY MOSKOWITZ et al., Composing the Municipal Civil Service Commission of the City of New York, Appellants.

*Matter of Johnson* v. *Moskowitz*, 163 App. Div. 974, affirmed.
(Argued September 29, 1914; decided October 13, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1914, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendants to issue a certificate of reinstatement

of relator as patrolman in the police force of the city of New York.

*Frank L. Polk, Corporation Counsel (Charles J. Druhan of counsel), for appellants.*

*John J. Curtin* for respondent.

Order affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.